IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISON



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 20 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:16cr79-TSL-FKB

MELVIN WILLIAMS   18 U.S.C § 666(a)(1)(B) and (b)

**The Grand Jury charges:**

1. At all times material to this Indictment, the City of Jackson, Mississippi was a local government, as the term is defined in Section 666(d), Title 18, United States Code, that received federal assistance in excess of $10,000.00 during the one-year period beginning October 1, 2015 and ending September 30, 2016.

2. At all times relevant to this Indictment, defendant **MELVIN WILLIAMS**, was a duly authorized and sworn law enforcement officer employed by the City of Jackson, Mississippi, with the Jackson Police Department, and as such was an agent of the Jackson Police Department, in that the defendant was authorized and empowered to enforce the criminal laws of the State of Mississippi and the ordinances of the City of Jackson.

3. That from in or about February 20, 2016 until the date of this indictment, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant **MELVIN WILLIAMS**, did knowingly and corruptly solicit, demand, accept and agree to accept things of value from a person, known to the Grand Jury, intending to be influenced and rewarded in connection with a transaction and series of transactions of the City of Jackson, Mississippi, Jackson Police Department, involving of thing of value of $5,000.00 or more.

4.  At all times relevant, the Jackson, Mississippi Police Department was the duly authorized and operating law enforcement department of the City of Jackson, Mississippi.

All in violation of Sections 666(a)(1)(B) and (b) and 2, Title 18, United States Code.

*[signature]*
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 20th day of September, 2016.

*[signature]*
UNITED STATES DISTRICT JUDGE

2